**Entered on Docket**
**May 13, 2010**



**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Mortgage Loan Trust
2005-10, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-13415-bam |
| | ) |
| Mitchell J Gold, | ) Chapter 7 |
| Ann V Gold, | ) |
| | ) DATE: 05/11/10 |
| Debtors. | ) TIME: 1:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*

M&H File No. NV-10-24064
10-13415-bam

1
2
3

      The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

4
5
6
7

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 10328 Canyon Valley Avenue, Las Vegas, NV 89145.

8
9

IT IS SO ORDERED.

10
11
12

Submitted by:
McCarthy & Holthus, LLP

13
14
15
16

*/s/Christopher K. Lezak*
Christopher K. Lezak, Esq..
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

17
18

Approved/Disapproved

19
20
21

*Order Filed 03/10-10-no response received*
Randy M. Creighton, Esq.
10777 W. Twain Ave, Third Floor
Las Vegas, NV 89135
702-869-8801

22
23

Approved/Disapproved

24
25
26

*Order Filed 03/10-10-no response received*
David A. Rosenberg
5030 Paradise Road #B-215
Las Vegas, NV 89119

27
28
29

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X   This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Randy M. Creighton- Order Filed 03/10-10-no response received

Unrepresented parties appearing: None

Trustee: David A. Rosenberg- Order Filed 03/10-10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

###